1

2

3

4

5

6

7

8                          United States District Court

9                       Eastern District of California

10

11

12   Delonzo Gallon,

13          Plaintiff,                   No. Civ. S 04-2422 MCE PAN P

14      vs.                              Findings and Recommendations

15   D. L. Runnels, et al.,

16          Defendants.

17                                  -oOo-

18       June 3, 2005, the court dismissed plaintiff's complaint for

19   failure to state a claim upon which relief could be granted,

20   explained the deficiencies and allowed plaintiff 45 days to file

21   an amended complaint correcting them.  The 45-day period now has

22   expired and plaintiff has not filed an amended complaint.

23       Accordingly, I hereby recommend that this action be

24   dismissed for failure to state a claim upon which relief could be

25   granted.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

26       Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these

1   findings and recommendations are submitted to the United States

2   District Judge assigned to this case.  Written objections may be

3   filed within 20 days of service of these findings and

4   recommendations.  The document should be captioned "Objections to

5   Magistrate Judge's Findings and Recommendations."  The district

6   judge may accept, reject, or modify these findings and

7   recommendations in whole or in part.

8        Dated:  August 30, 2005.

9                                 /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
10                                Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26